**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

NATHANIEL J. MARTIN,

                Defendant.

Criminal No. 26-00019-01-CR-W-BP
Complaint No. 25-MJ-00148-LMC

## MOTION TO DISMISS COMPLAINT

Comes now Ashleigh A. Ragner, Assistant United States Attorney, and moves the Court to

dismiss the complaint filed on December 4, 2025, before United States Magistrate Judge Lajuana

M. Counts, at Kansas City, Missouri, charging the defendant, NATHANIEL J. MARTIN, with

felon in possession of a firearm, in violation of Title 18, United States Code, Sections 922(g)(1)

and 924(a)(8).

        */s/Ashleigh A. Ragner*
        Ashleigh A. Ragner
        Assistant United States Attorney
        Western District of Missouri

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on January 8, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

        */s/Ashleigh A. Ragner*
        Ashleigh A. Ragner
        Assistant United States Attorney